Section 13 of Title 24 of the Code of Alabama of 1975, as last amended, now provide as follows:

Sc 13A-8-10. Theft of services - Definition.
(a) A person commits the crime of theft of services if:
(1) He intentionally obtains services known by him to be available only for compensation by deception, threat, false token or other means to avoid payment for the services; or
(2) Having control over the disposition of services of others to which he is not entitled, he knowingly diverts those services to his own benefit or to the benefit of another not entitled thereto.
(b) "Services" includes but is not necessarily limited to labor, professional services, transportation, telephone or other public services, accommodation in motels, hotels, restaurants or elsewhere, admission to exhibitions, computer services and the supplying of equipment for use.

Sc 13A-8-10.1. Theft of services in the first degree.
(a) The theft of services which exceeds $2,000.00 in value constitutes theft of services in the first degree.
(b) Theft of services in the first degree is a Class B felony. (Acts. 1978, No. 770, p. 1110.)
(c) Where compensation for services is ordinarily paid immediately upon the rendering of them, as in the case of motels, hotels, restaurants and the like, absconding without payment or bona fide offer to pay is prima facie evidence under subsection (a) that the services were obtained by deception.
(d) If services are obtained under subdivision (a) (1) from a hotel, motel, inn, restaurant or café, no prosecution can be commenced after 120 days from the time of the offense. (Acts. 1977, No. 607, p. 812, 3210; Acts. 1978, No. 770, p. 1110, 1; Acts. 1979, No. 79-471, p. 862, 1.)

Sc 13A-8-10.2. Theft of services in the second degree.
(a) The theft of services which exceeds $100.00 in value but does not exceed $2,000.00 in value constitutes theft of services in the second degree.
(b) Theft of services in the second degree is a Class C felony. (Acts. 1978, No. 770, p. 1110.)

Sc 13A-8-10.3. Theft of services in the third degree.
(a) The theft of services which does not exceed $100.00 in value constitutes theft of services in the third degree.
(b) Theft of services in the third degree is a Class A misdemeanor. (Acts. 1978, No. 770, p. 1110.)


Attorney General
State of Alabama
Alabama State House
11 South Union Street, Third Floor
Montgomery, Alabama 36130


City of Auburn Police Department
Auburn, Alabama 36830


City of Birmingham Police Department
Birmingham, Alabama

City of Gardendale Police Department
Gardendale, Alabama


Shelby County Sheriff's Department
Columbiana, Alabama


Walker County Sheriff's Department
Jasper, Alabama


Autauga County District Attorney
Prattville, Alabama


Baldwin County District Attorney
Bay Minette, Alabama


Barbour County District Attorney
Clayton, Alabama


Bibb County District Attorney
Centreville, Alabama


Blount County District Attorney
Oneonta, Alabama


Bullock County District Attorney
Union Springs, Alabama


Butler County District Attorney
Greenville, Alabama


Calhoun County District Attorney
Anniston, Alabama


Chambers County District Attorney
Lafayette, Alabama


Cherokee County District Attorney
Centre, Alabama

Chilton County District Attorney
Clanton, Alabama

Choctaw County District Attorney
Butler, Alabama

Clarke County District Attorney
Grove Hill, Alabama

Clay County District Attorney
Ashland, Alabama

Cleburne County District Attorney
Heflin, Alabama

Coffee County District Attorney
Elba, Alabama

Colbert County District Attorney
Tuscumbia, Alabama

Conecuh County District Attorney
Evergreen, Alabama

Coosa County District Attorney
Rockford, Alabama

Covington County District Attorney
Andalusia, Alabama

Crenshaw County District Attorney
Luverne, Alabama

Cullman County District Attorney
Cullman, Alabama

Dale County District Attorney
Ozark, Alabama

Dallas County District Attorney
Selma, Alabama

Decatur County District Attorney
Woodville, Alabama

DeKalb County District Attorney
Fort Payne, Alabama

Elmore County District Attorney
Wetumpka, Alabama

Escambia County District Attorney
Brewton, Alabama

Etowah County District Attorney
Gadsden, Alabama

Fayette County District Attorney
Fayette, Alabama

Franklin County District Attorney
Russellville, Alabama

Geneva County District Attorney
Geneva, Alabama

Greene County District Attorney
Eutaw, Alabama

Hale County District Attorney
Greensboro, Alabama

Henry County District Attorney
Abbeville, Alabama

Houston County District Attorney
Dothan, Alabama

Jackson County District Attorney
Scottsboro, Alabama


Jefferson County District Attorney
Birmingham, Alabama


Lamar County District Attorney
Vernon, Alabama


Lauderdale County District Attorney
Florence, Alabama


Lawrence County District Attorney
Moulton, Alabama


Lee County District Attorney
Opelika, Alabama


Limestone County District Attorney
Athens, Alabama


Lowndes County District Attorney
Hayneville, Alabama


Macon County District Attorney
Tuskegee, Alabama


Madison County District Attorney
Huntsville, Alabama


Marengo County District Attorney
Linden, Alabama


Marion County District Attorney
Hamilton, Alabama


Marshall County District Attorney
Guntersville, Alabama

Mobile County District Attorney
Mobile, Alabama

Monroe County District Attorney
Monroeville, Alabama

Montgomery County District Attorney
Montgomery, Alabama

Morgan County District Attorney
Decatur, Alabama

Perry County District Attorney
Marion, Alabama

Pickens County District Attorney
Carrollton, Alabama

Pike County District Attorney
Troy, Alabama

Randolph County District Attorney
Wedowee, Alabama

Russell County District Attorney
Phenix City, Alabama

St. Clair County District Attorney
Ashville, Alabama

Shelby County District Attorney
Columbiana, Alabama

Sumter County District Attorney
Livingston, Alabama

Talladega County District Attorney
Talladega, Alabama

Tallapoosa County District Attorney
Dadeville, Alabama


Tuscaloosa County District Attorney
Tuscaloosa, Alabama


Walker County District Attorney
Jasper, Alabama


Washington County District Attorney
Chatom, Alabama


Wilcox County District Attorney
Camden, Alabama


Winston County District Attorney
Double Springs, Alabama


Under the 14th Amendment of the U.S. Constitution, I am guaranteed equal protection of the laws. However, I am have never been able to get equal protection under the law for Theft of Services. You will note that Services includes but is not necessarily limited to labor, professional services, transportation, telephone or other public services, accommodation in motels, hotels, restaurants or elsewhere, admission to exhibitions, computer services and the supplying of equipment for use. I have worked in computer services and have, at times, provided equipment for use over the past 28 years.

I am being refused police reports and arrest warrants when people and companies steal my services, software and computer equipment. Yet, I have been told by the police, sheriff and district attorney offices throughout the state that if the roles were reversed, the people and companies would be able to get police reports and arrest warrants on me. This is not equal protection of the laws.

Apparently, the above agencies prefer to provide selective enforcement of the Theft of Services law as they only seem to want to define Services to include doctors, lawyers, professional services, transportation, telephone or other public services, accommodation in motels, hotels, restaurants or elsewhere, admission to exhibitions and the supplying of equipment for use (for anything other than computer equipment). They want to leave out labor, professional services, computer services and the supplying of computer equipment for use.

In Lee County, I have worked as a common laborer to try to make ends meet and have learned that certain individuals are above the law as they are allowed to steal labor on a regular basis with nothing being done about it. Lee County is also allowing violations of the 13th Amendment - Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction. Certain wealthy people are allowed to force people to work for them without pay and nothing is being done about it. I worked for a group of individuals at a storage company and was never paid. Lee County refused to do anything about this.

All of this has cost me my marriage, company, health, life savings, everything I have owned, plus my ability to pay my bills/taxes and denied me my Constitutional rights of life, liberty and the pursuit of happeniness. At a time in my life when I should be able to retire and live off the fruits of my labor, I find I am now being forced to work making almost nothing and am unable to do more than exist. The losses I have suffered over the years have been from a few hundred dollars into the millions of dollars in lost revenue and interest. When I tried to approach attorneys for assistance in this matter, I have been refused assistance as they are afraid of "rocking the boat" within the legal system of Alabama. Also, when I tried to obtain addresses for these agencies, I was unable to get any assistance without my stating why I needed the address.

*[signature]*

JAMES PITTMAN
3350 CO. RD. 94
LAFAYETTE, AL 36862