**FILED**
06 NOV -6 AM 9:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

CV-06-HGD-4611-S

## IN FORMA PAUPERIS AFFIDAVIT

3:06 CV 1053-WKW

Declaring that the information I have given below is true and correct, I apply to this court for:

[X] appointment of an attorney.
[X] authority to commence an action without prepayment of fees, costs or security.

### I. PERSONAL AND FINANCIAL DATA

A. Your full name and present mailing address: JAMES JOHN PITTMAN
3350 COUNTY ROAD 94
LAFAYETTE, AL 36862

Telephone (if any): 334-319-5613 CELL / 334-745-6357 WK

B. Are you presently employed?   Yes __X__   No _____

If the answer is "yes," give the name and address of your employer and the amount of your usual weekly salary or wages. HONDA-SUZUKI OF OPELIKA
1110 FREDERICK ROAD
OPELIKA, AL 36801

Weekly earning: $ 451.00

If you are not presently employed, give name and address of your last employer, when you last worked, and the amount of weekly salary or wages you were receiving.

_____
_____
_____

Date last worked: _____

Weekly earnings: _____

2

Approximately how much money have you received in the past twelve months:

as wages, salary, commissions, or earned income of any kind? $ 13,000

as interest, dividends, rents, or investment income of any kind? $ 0

as gifts or inheritance? $ 0

from social security, unemployment compensation, or any form of state or federal welfare payments or benefits? $ 0

from pensions, annuities, workmen's compensation, disability or other insurance policies $ 0

from all other sources? $ 0

D. How much money do you own or have in any checking or savings accounts? $ 0

E. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household items and clothing)? $ 0

If the answer is "yes," describe the property and state its approximate value: _____

F. How much money do you owe to others? $ 50,000

As to each debt of over $100.00, state the name of the creditor and the approximate amount owed:

PORTER PROPERTIES     $ 5,000
A+A ASH               $ 4,000
USAA INSURANCE        $ 10,000
USAA FEDERAL BANK     $ 8,000
GMAC                  $ 12,000

G. List the persons who are dependent upon you for support, stating your relationship to them

and how much you contribute each year toward their support.
N/A
_____
_____
_____

H.  Are there any other persons regularly residing in your household who are over the age of 18 and who are presently employed?   Yes _____   No __X__

If the answer is "yes," give the following information for each such person:

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

Name: _____
Relationship: _____
Employer: _____
Weekly earnings: $ _____

I.  Any other information which you believe supports your claim that you cannot financially afford to employ an attorney or to make payment of court fees, costs, or security.
_____
_____
_____
_____

(Attach additional sheets as needed)

## II. EFFORTS TO OBTAIN ATTORNEY

(To be completed if requesting appointment of an attorney)

A.  Have you talked with an attorney about handling your claim?   Yes __X__   No _____

If "yes," give the following information about each attorney with whom you talked:

Attorney  FRANK RUSSO
When      FEBRUARY 2002
Where     HIS OFFICE

3

How (by telephone, in person, etc.) __IN PERSON__

Attorney __MASSEY RELFE__
When __OCTOBER 2000__
Where __HIS OFFICE__
How (by telephone, in person, etc.) __BY TELEPHONE__

B. Explain any other efforts you have made to contact an attorney to handle your claim.
__I HAVE SPOKEN TO SEVERAL ATTORNIES + EACH STATE THEY ARE NOT INTERESTED IN THIS CASE.__

C. Any other information which supports your application for the court to appoint an attorney for you:

D. Name and address of each attorney who has represented you in the last ten (10) years for any purpose:
__JEFF WEBB  MONTGOMEY, AL  334-318-0478__

(Attach additional sheets as needed

4

## III. ATTESTATION AND SIGNATURE

Under penalty of perjury, I declare that the information given on the preceding _____ pages is true and correct.

Dated: 11-6-06

_[Signature: James Ottman]_
SIGNATURE

WITNESS:

_____

_____