IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JAMES JOHN PITTMAN,                    )
                                       )
            Plaintiff,                 )        CASE NO. 3:06-cv-01053-WKW
                                       )
v.                                     )
                                       )
ATTORNEY GENERAL, STATE OF             )
ALABAMA, et al.,                       )
                                       )
            Defendants.                )

## ORDER

It is ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate

Judge Wallace Capel for all pretrial proceedings and entry of any orders or recommendations as

may be appropriate.

DONE this the 30th day of November, 2006.


            /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE