IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES JOHN PITTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:06-cv-1053-WKW |
| ) | (WO) |
| ATTORNEY GENERAL STATE ) | |
| OF ALABAMA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the previous proceedings in this case, it is the ORDER, JUDGMENT and DECREE of this court that this action is DISMISSED as frivolous within the meaning of 28 U.S.C. § 1915(e)(2)(B)(i).

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this case.

DONE this 18th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE